UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| MICHAEL FAULK, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 4:18-CV-00308-JCH |
| CITY OF SAINT LOUIS, MISSOURI, et al., | ) ) ) |
| Defendants. | ) ) |

ORDER

Upon review of the record, the Court notes that the file contains no proof of service upon nor entry of appearance on behalf of defendants GERALD LEYSHOCK, SCOTT BOYHER, TIMOTHY SACHS, RANDY JEMERSON, MATHEW KARNOWSKI, BRIAN ROSSOMANNO, AND DOE POLICE OFFICERS 1-5.  Because it does not appear that service of the amended complaint has been timely made within 90 days after the filing of the amended complaint on April 30, 2018,

**IT IS HEREBY ORDERED**, pursuant to Fed.R.Civ.P. 4(m), that plaintiff shall show cause in writing, within fourteen (14) days of the date of this order, why this action should not be dismissed without prejudice as to defendants GERALD LEYSHOCK, SCOTT BOYHER, TIMOTHY SACHS, RANDY JEMERSON, MATHEW KARNOWSKI, BRIAN ROSSOMANNO, AND DOE POLICE OFFICERS 1-5 for lack of timely service.

Dated this 4th day of September, 2018.

    /s/ Jean C. Hamilton
JEAN C. HAMILTON
UNITED STATES DISTRICT JUDGE