| | | |
|---|---|---|
| MICHAEL FAULK, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 4:18-CV-308 |
| | ) | |
| v. | ) | |
| | ) | |
| CITY OF ST. LOUIS, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**MOTION TO DISMISS COUNTS IV, VI, VII, VIII, IX, AND X OF PLAINTIFF'S FOURTH AMENDED COMPLAINT BY DEFENDANT ANDREW WISMAR**

COMES NOW Defendant Andrew Wismar ("Wismar") and moves this Court to dismiss Counts IV, VI VII, VIII, IX and X for failure to state a claim upon which relief can be granted under Federal Rule of Civil Procedure 12(b)(6) ("FED. R. CIV. P. 12(b)(6)"). In support, Wismar states the following:

1.      Plaintiff fails to state a claim in Counts IV, VI, VII, VIII, IX and X in his Fourth Amended Complaint (doc. 75) against Defendant Wismar upon which plaintiff may obtain relief from this Court or any other.  FED. R. CIV. P. 12(b)(6).

2.      Taking plaintiff's allegations against Wismar as true, and construing those allegations in a light most favorable to plaintiff, plaintiff fails to sufficiently allege facts entitling plaintiff to relief.  *Kottschade v. City of Rochester,* 319 F.3d 1038, 1040 (8th Cir. 2003).

3.      Defendant Wismar submits herewith a memorandum in support of his motion, which sets out the relevant arguments and citations to authority on which Defendant relies.

WHEREFORE, Defendant Wismar prays the Court grant his Motion to Dismiss for Failure to State a Claim with prejudice, and for any further relief the Court deems just and reasonable.

Respectfully submitted,

JULIAN BUSH
CITY COUNSELOR

By: /s/ Erin K. McGowan
Erin K. McGowan #64020MO
Andrew D. Wheaton #65269MO
1200 Market Street, Room 314
City Hall
St. Louis, Mo 63103
(314) 622-3361
(314) 622-4956 fax
McGowanE@stlouis-mo.gov
WheatonA@stlouis-mo.gov
*Attorneys for Defendants*

**CERTIFICATE OF SERVICE**

I hereby certify this **Motion to Dismiss** was electronically filed on **August 20, 2019** with the Court for service by means of Notice of Electronic Filing upon all attorneys of record.

/s/ Erin K. McGowan