# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MISSOURI
## EASTERN DIVISION

| | |
|---|---|
| MIACHAEL FAULK, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Cause No.: 4:18-cv-00308 |
| ) | |
| CITY OF ST. LOUIS, MISSOURI, *et al.*, ) | |
| ) | |
| Defendants. ) | |

## MOTION TO WITHDRAW

COMES NOW attorney Jacqueline Kutnik-Bauder of ArchCity Defenders, Inc. and hereby request grant her leave to withdraw as counsel of record for Plaintiff in the above-captioned matter. All other attorneys of record for Plaintiff will remain.

Date Submitted: August 6, 2020          Respectfully Submitted,

*/s/ Jacqueline Kutnik-Bauder*
Jacqueline Kutnik-Bauder (45014MO)
**ARCHCITY DEFENDERS, INC.**
440 N. 4th St. Suite 390
St. Louis, MO 63102
P: 855-724-2489
F: 314-925-1307
jkutnikbauder@archcitydefenders.org
*Attorney for Plaintiffs*