UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| MICHAEL FAULK, | ) |
| Plaintiff, | ) |
| vs. | ) Case No. 4:18CV308 JCH |
| CITY OF ST. LOUIS, MISSOURI, et al., | ) |
| Defendants. | ) |

## **ORDER**

**IT IS HEREBY ORDERED** that Defendants' Motion for Judgment on the Pleadings on Count V of Plaintiff's Fifth Amended Complaint (ECF No. 181) is **DENIED**.

Dated this 8th Day of January, 2021.

/s/ Jean C. Hamilton
UNITED STATES DISTRICT JUDGE