# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| **MICHAEL FAULK,** | ) |
| **Plaintiff,** | ) Case No. 4:18-CV-308 |
| v. | ) |
| **CITY OF ST. LOUIS, et al.,** | ) |
| **Defendants.** | ) |

## DEFENDANTS' NOTICE OF APPEAL

Notice is hereby given that Defendants Gerald Leyshock, Scott Boyher, Timothy Sachs, Randy Jemerson, Matthew Karnowski, Brian Rossomanno, Andrew Wismar, Robert Stuart, Anthony Wozniak, Tom Long, John Gentilini, James Wood, Bryan Barton, Lawrence O'Toole, Brian Gonzales, and James Harris III appeal to the United States Court of Appeals for the Eighth Circuit from the order entered in this action on the 5th day of January 2021 (Doc. 193), attached hereto as "Exhibit A", denying their Motion for Judgment on the Pleadings on Count V of Plaintiffs' Fifth Amended Complaint brought on qualified immunity grounds.

Notice is further given that Defendant James Wood appeals to the United States Court of Appeals for the Eighth Circuit from the order entered in this action on the 8th day of January 2021 (Doc. 192), attached hereto as "Exhibit B", denying his Motion to Dismiss Plaintiff's Fifth Amended Complaint and therein denying him qualified immunity from Counts I, II, and V of Plaintiffs' Fifth Amended Complaint.

Respectfully submitted,

MICHAEL GARVIN
CITY COUNSELOR

/s/ Andrew D. Wheaton
Andrew D. Wheaton   #65269 (MO)
Erin K. McGowan #64020 (MO)
Associate City Counselors
Attorneys for Defendants
City Hall, Room 314,
St. Louis, MO  63103
314.622.3361
FAX: 314.622.4956
wheatona@stlouis-mo.gov
mcgowane@stlouis-mo.gov

## CERTIFICATE OF SERVICE

I hereby certify that on January 14, 2021, the foregoing was electronically filed with the Clerk of the Court to be served by operation of the Court's electronic filing system.

/s/ Andrew D. Wheaton