# United States Court of Appeals
*For The Eighth Circuit*

Thomas F. Eagleton U.S. Courthouse
111 South 10th Street, Room 24.329
**St. Louis, Missouri 63102**

**Michael E. Gans**
*Clerk of Court*

VOICE (314) 244-2400
FAX (314) 244-2780
www.ca8.uscourts.gov

April 08, 2021

Mr. Andrew D. Wheaton
CITY COUNSELOR'S OFFICE
314 City Hall
1200 Market Street
Saint Louis, MO  63103-0000

    RE:  21-1116  Michael Faulk v. Gerald Leyshock, et al

Dear Mr. Wheaton:

    Upon further review of this case, it has been determined that the City of St. Louis, Missouri was initially entered at the time of case opening and is not a party to this appeal. Therefore, the caption of this case has been revised accordingly. Please find attached the revised caption for the above referenced case.

    Michael E. Gans
    Clerk of Court

CJO

Enclosure(s)

cc:    Mr. Nathaniel R. Carroll
       Mr. Robert Henry Dierker Jr.
       Ms. Maureen Hanlon
       Mr. Gregory J. Linhares
       Ms. Erin K McGowan
       Mr. David Curtis Nelson
       Mr. John McCann Waldron

    District Court/Agency Case Number(s):   4:18-cv-00308-JCH

Caption For Case Number:   21-1116

April 08, 2021

District Court/Agency Case Number(s):  4:18-cv-00308-JCH

**Michael Faulk**

    **Plaintiff - Appellee**

v.

**City of St. Louis, Missouri**

    **Defendant**

**Gerald Leyshock, Col., in his individual capacity; Scott Boyher, Lt., in his individual capacity; Timothy Sachs, Lt., in his individual capacity; Randy Jemerson, Sgt., in his individual capacity; Matthew T. Karnowski, Sgt., in his individual capacity; Brian Rossomanno, Sgt., in his individual capacity; Andrew Wismar, Individual Capacity; Robert Stuart, Officer, in his individual capacity; Anthony Wozniak, Sgt., in his individual capacity; Tom Long, Sgt., in his individual capacity; John Gentilini, Officer, in his individual capacity; James Wood, Officer, in his individual capacity; Bryan Barton, Officer, in his individual capacity; Lawrence O'Toole, LT. COL., in his individual capacity; Brian Gonzales, Officer, in his individual capacity; James Harris, III, Officer, in his individual capacity**

    **Defendants - Appellants**