# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| **MICHAEL FAULK,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) Case No. 4:18-CV-308-JCH |
| v. | ) |
| | ) |
| **CITY OF ST. LOUIS *et al*.,** | ) |
| | ) |
| Defendants. | ) |

## MOTION TO WITHDRAW

COMES NOW Associate City Counselor Andrew Wheaton and hereby moves to withdraw as counsel in this case. The undersigned has taken on additional cases and responsibilities in the City Counselor's Office that require his attention and so this case has been re-assigned. Associate City Counselor Lawrence Pratt will remain as counsel of record for Defendants and the granting of this motion will not prejudice any party or delay progression of this case

WHEREFORE, Associate City Counselor Andrew Wheaton respectfully requests that the Court enter an order terminating him as counsel of record for all represented Defendants in this case.

Respectfully submitted,

SHEENA HAMILTON
CITY COUNSELOR

By: /s/ Andrew D. Wheaton
Andrew D. Wheaton   #65269 MO
Associate City Counselor
Attorney for Defendants
City Hall, Room 314,
St. Louis, MO  63103

314.622.4594<br>
FAX: 314.622.4956<br>
wheatona@stlouis-mo.gov

## **CERTIFICATE OF SERVICE**

    The undersigned hereby certifies that on Wednesday, August 24, 2022 a true copy of the foregoing was filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys of record.

                                /s/ Andrew D. Wheaton