IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| MICHAEL FAULK, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Cause No. 4:18-cv-308-MTS |
| | ) | |
| THE CITY OF ST. LOUIS, | ) | |
| | ) | |
| Defendant. | ) | |

**<u>CONSENT MOTION TO STAY</u>**

The parties hereby notify the Court that on March 20, 2023, Mr. Faulk elected to remain a class member in the pending *Street et al. v. O'Toole,* Case No. 4:19-cv-02590-CDP, class action case. The final approval hearing for *Street* is scheduled for June 13, 2023. Following the final approval, Mr. Faulk should receive his portion of the settlement proceeds roughly 45 to 60 days later. Once the class has been granted final approval and Mr. Faulk is in receipt of his portion of the settlement proceeds, Mr. Faulk intends to move for voluntary dismissal of his claims in this case. For these reasons, the parties respectfully move this Court to stay all proceedings in this matter until his claims are finalized in the *Street* settlement.

Date: March 28, 2023

Respectfully submitted,

By: /s/ *Nathaniel R. Carroll*
ArchCity Defenders, Inc.
Blake A. Strode (MBE #68422MO)
Maureen Hanlon (MBE #70990MO)
Nathaniel R. Carroll (MBE #67988MO)
Stephen Ryals (MBE #34149MO)
440 North 4th Street, Suite 390
St. Louis, MO 63102
855-724-2489 ext. 1040
314-925-1307
bstrode@archcitydefenders.org
mhanlon@archcitydefenders.org

1

ncarroll@archcitydefenders.org
sryals@archcitydefenders.org

and
David C. Nelson (MBE #46540MO)
Nelson and Nelson
420 N. High St.
Belleville, IL 62220
618-277-4000
dnelson@nelsonlawpc.com

*Attorneys for Plaintiff*