IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| MICHAEL FAULK, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) Cause No. 4:18-cv-308-MTS |
| | ) |
| THE CITY OF ST. LOUIS, | ) |
| | ) |
| Defendant. | ) |

### PLAINTIFF'S STATUS REPORT AND REQUEST FOR CONTINUED STAY

Plaintiff Michael Faulk, by and through his undersigned counsel, and pursuant to this Court's July 21, 2023 Order (ECF No. 254), provides the following status report:

On March 28, 2023, the Parties notified the Court that on March 20, 2023, Mr. Faulk elected to remain a class member in the pending *Street et al. v. O'Toole,* Case No. 4:19-cv-02590-CDP, class action case. ECF No. 252, Consent Motion for Stay. On June 13, 2023, the final approval hearing occurred in the *Street* case, and final approval was granted on the same day. *Street*, 4:19 CV 2590 CDP (E.D. Mo. Jun. 13, 2023). At that time, the Parties estimated that settlement proceeds would be distributed roughly 45 to 60 days following final approval. ECF No. 252.

Presently, at day 45, Mr. Faulk has not yet received his settlement proceeds, and thus requests that the stay entered by this Court March 30, 2023 (ECF No. 253) remain effective for another 30 to 45 days to allow time for distribution of the funds. Once Mr. Faulk is in receipt of his portion of the settlement proceeds, Mr. Faulk intends to move for voluntary dismissal of his claims in this case. For these reasons, Plaintiff respectfully asks this Court to stay all proceedings in this matter until his claims are finalized in the *Street* settlement.

WHEREFORE, Plaintiff respectfully prays this Court continue the stay order for 30 to 45

days, or a timeframe the Court deems appropriate, in order for the parties in *Street v. O'Toole* to finalize payment and distribution of Mr. Faulk's portion of the settlement funds, and for such other relief as the Court deems proper.

Dated: July 28, 2023

Respectfully submitted,

By: /s/ *Nathaniel R. Carroll*
ArchCity Defenders, Inc.
Blake A. Strode (MBE #68422MO)
Maureen Hanlon (MBE #70990MO)
Nathaniel R. Carroll (MBE #67988MO)
Stephen Ryals (MBE #34149MO)
440 North 4th Street, Suite 390
St. Louis, MO 63102
855-724-2489 ext. 1040
314-925-1307
bstrode@archcitydefenders.org
mhanlon@archcitydefenders.org
ncarroll@archcitydefenders.org
sryals@archcitydefenders.org

and

David C. Nelson (MBE #46540MO)
Nelson and Nelson
420 N. High St.
Belleville, IL 62220
618-277-4000
dnelson@nelsonlawpc.com

*Attorneys for Plaintiff*