# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| MICHAEL FAULK, | ) |
| Plaintiffs, | ) ) ) |
| v. | ) Cause No. 4:18-cv-308-MTS |
| THE CITY OF ST. LOUIS, et al., | ) ) ) |
| Defendant. | ) |

### PLAINTIFF MICHAEL FAULK'S MOTION TO DISMISS WITH PREJUDICE ALL CLAIMS AGAINST ALL DEFENDANTS

IT IS STIPULATED by all Parties that all claims against all Defendants in this matter should be dismissed with prejudice pursuant to the class action settlement agreement reached in *Street et al. v. O'Toole et al.,* 4:19-cv-02590.

Dated: August 21, 2023

Respectfully submitted,

By: /s/ *Nathaniel R. Carroll*
ArchCity Defenders, Inc.
Blake A. Strode (MBE #68422MO)
Maureen Hanlon (MBE #70990MO)
Nathaniel R. Carroll (MBE #67988MO)
Stephen Ryals (MBE #34149MO)
440 North 4th Street, Suite 390
St. Louis, MO 63102
855-724-2489 ext. 1040
314-925-1307
ncarroll@archcitydefenders.org

and
David C. Nelson (MBE #46540MO)
Nelson and Nelson
420 N. High St.
Belleville, IL 62220
618-277-4000
dnelson@nelsonlawpc.com

*Attorneys for Plaintiff*

AND

SHEENA HAMILTON
CITY COUNSELOR

By:    <u>*/s/ Brandon Laird*</u>
       Brandon Laird
       Missouri Bar #65564
       Associate City Counselor
       1200 Market Street
       City Hall, Room 314
       St. Louis, Mo 63103
       Tel. (314) 622-4167
       Fax. (314) 622-4956
       lairdb@stlouis-mo.gov
       *Attorney for Defendants*